IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SHANNON L. CLARK,

    Plaintiff,

vs.                              CASE NO. 5:06cv140/RS-MD

PATRICIA FAWSETT, et al,

    Defendants.
_____/

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation (Document 4). I have reviewed plaintiff's specific objection *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is transferred to the United States District Court for the Middle District of Florida.

3. The clerk is directed to close the file.

ORDERED on August 21, 2006.

                                          **/S/ Richard Smoak**
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**